United States District Court
For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    THE GUARANTEE CO. OF NORTH
     AMERICA,
10                                              No.  C 12-02085 JSW
                    Plaintiff,
11                                              **ORDER SETTING BRIEFING**
     v.                                         **SCHEDULE AND HEARING ON**
12                                              **MOTION FOR TEMPORARY**
     F. RODGERS CORP., et al.,                  **RESTRAINING ORDER**
13
                    Defendants.
14
                                         /
15

16        The Court has received and considered Plaintiff's Motion for a Temporary Restraining

17   Order.  The Court notes that the Declaration of Jeffrey Jubera does not contain Exhibit 7, the list

18   of properties transferred by Defendant Frank E. Rodgers.  It is HEREBY ORDERED that

19   Plaintiff shall file a copy of Exhibit 7 by 4:00 p.m. on May 17, 2012.

20        It is FURTHER ORDERED that Defendants shall file a response to Plaintiff's motion by

21   no later than 9:00 a.m., Monday, May 21, 2012, and shall deliver chambers copies of the

22   response by 10:00 a.m.  Plaintiff shall file a reply by no later than 9:00 a.m. Wednesday, May

23   23, 2012, and shall deliver chambers copies of the reply by 10:00 a.m.  The Court shall hold a

24   hearing on the motion on Friday, May 25, 2012, at 9:00 a.m.  Plaintiff is HEREBY ORDERED

25   to serve Defendant with a copy of this Order and the motion papers, including exhibit 7, by no

26   later than 4:00 p.m. on May 17, 2012, and shall file proof of such service with the Court.

27   //

28   //

     //

United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

If either party seeks to modify this briefing schedule, they shall submit a request showing good cause for any such modification.  If the Court finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated:  5/17/12

_____
SUSAN ILLSTON FOR
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2