United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE GUARANTEE CO. OF NORTH
AMERICA,

              Plaintiff,

   v.

F. RODGERS CORP., et al.,

              Defendants.

_____/

No.  C 12-02085 JSW

**ORDER SETTING BRIEFING
SCHEDULE AND HEARING ON
MOTION FOR TEMPORARY
RESTRAINING ORDER**

     The Court has received and considered Plaintiff's Motion for a Temporary Restraining Order.  The Court notes that the Declaration of Jeffrey Jubera does not contain Exhibit 7, the list of properties transferred by Defendant Frank E. Rodgers.  It is HEREBY ORDERED that Plaintiff shall file a copy of Exhibit 7 by 4:00 p.m. on May 17, 2012.

     It is FURTHER ORDERED that Defendants shall file a response to Plaintiff's motion by no later than 9:00 a.m., Monday, May 21, 2012, and shall deliver chambers copies of the response by 10:00 a.m.  Plaintiff shall file a reply by no later than 9:00 a.m. Wednesday, May 23, 2012, and shall deliver chambers copies of the reply by 10:00 a.m.  The Court shall hold a hearing on the motion on Friday, May 25, 2012, at 9:00 a.m.  Plaintiff is HEREBY ORDERED to serve Defendant with a copy of this Order and the motion papers, including exhibit 7, by no later than 4:00 p.m. on May 17, 2012, and shall file proof of such service with the Court.

//
//
//

United States District Court

For the Northern District of California

1    If either party seeks to modify this briefing schedule, they shall submit a request showing

2  good cause for any such modification.  If the Court finds the motion suitable for disposition

3  without oral argument, it shall notify the parties in advance of the hearing date.

4      **IT IS SO ORDERED.**

5  Dated:  5/17/12

6                                                          SUSAN ILLSTON FOR
                                                           JEFFREY S. WHITE
7                                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28