1  Gregory M. Weinstein *(pro hac vice admission pending)*
   **LANGLEY WEINSTEIN LLP**
2  901 Main Street, Suite 600
   Dallas, Texas 75202
3  gweinstein@lwllp.com
   mryan@lwllp.com
4  Telephone: 214-722-7160
   Facsimile: 214-722-7161
5

6  **SALAMIRAD MORROW P.C.**
   Michael J. Timpane, Bar No. 115238
7  Laurie Svitenko, Bar No. 203289
   101 California Street, Suite 2450
8  San Francisco, California 94111
   Telephone: (415) 946-8991
9  Facsimile: (415) 946-8993
   mt@salamiradmorrow.com
10
   Attorneys for Plaintiff
11 THE GUARANTEE COMPANY
   OF NORTH AMERICA USA
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan corporation, | Case No. C 12-02085 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION** |
| v. | |
| F. RODGERS CORPORATION, a California corporation; F. RODGERS SPECIALTY CONTRACTORS, INC., a California corporation; FRANK E. RODGERS, an individual; and DOES 1 through 100, inclusive, | Date: May 29, 2012
Time: n/a
Crtrm: 11
Judge: Hon. Jeffrey S. White |
| Defendants. | |

1

Plaintiff The Guarantee Company of North America USA ("GCNA") and defendant Frank E. Rodgers ("Rodgers") hereby agree and stipulate as follows in resolution of the Motion brought by GCNA for a Temporary Restraining Order and Preliminary Injunction:

1. Rodgers represents and warrants that the real property and certain improvements commonly known as 14000 and 14004 Cub Trail, Redding, CA ("Cub Trail Property") has been assessed a fair market value in excess of $2,500,000 and that the total amount of debt currently on the Cub Trail Property is approximately $375,000.

2. Rodgers represents and warrants that he has the authority to cause Bear Mountain Ranch Properties, LLC, as the general partner of Bear Mountain Ranch West, LP, the listed owner of the Cub Trail Property, to post the Cub Trail Property as collateral security with GCNA.

3. Rodgers shall post the Cub Trail Property as collateral security with GCNA by executing (either as an individual, or in his capacity as General Partner or Officer of entities which currently are the titled owners of the Cub Trail Property, or both) and consenting to the recordation of a deed of trust in the amount of $2,000,000 in favor of GCNA with a power of sale conditioned on judgment or other ultimate and final disposition of this lawsuit on its merits by the Court.

4. Should GCNA subsequently determine that the Cub Trail Property has a net equity value less than $2,000,000, or should the loss of GCNA exceed $2,000,000, it will so notify counsel for Rodgers, and the parties will meet and confer in an attempt to agree on the posting of collateral sufficient to satisfy the loss of GCNA. Should the parties fail to reach an agreement on the collateral to be posted, the Court will hear and determine any dispute about the amount of collateral being posted and

the terms thereof.

5. Once sufficient collateral has been posted, GCNA will withdraw its motion for injunctive relief and agree to the dissolution of the Temporary Restraining Order tentatively granted pursuant to this Court's Minute Order of May 25, 2012.

6. The parties otherwise reserve all rights and defenses as to the matters alleged in the First Amended Complaint herein.

IT IS SO STIPULATED.

_____
Gregory M. Weinstein

_____
Michael J. Timpane

Counsel for Plaintiff The Guarantee Company of North America USA

_____
Jeffrey J. Mann

Counsel for Defendant Frank E. Rodgers

IT IS SO ORDERED.

_____
Honorable Jeffrey S. White, Judge of the District Court